IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TIMOTHY DUFFEL**                                                                        **PLAINTIFF**
**ADC #102248**

V.                              CASE NO.  3:21-cv-00067 JM

**ARKANSAS DIVISION OF**
**CORRECTIONS**, *et al*.                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 7th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE